IQE v. Newport Fab 24-1124 Iqe v. Newport Fab 24-1112